531 P.2d 1212

**Louis LUCERO, Petitioner,**

v.

**STATE of New Mexico, Respondent.**

No. 10328.

Supreme Court of New Mexico.

Feb. 7, 1975.

Now, therefore, it is considered, ordered and adjudged by the Court that the petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court Court of Appeals Cause No. 1342, 87 N.M. 242, 531 P.2d 1215 be and the same is hereby returned to the Clerk of the Court of Appeals.

531 P.2d 1212

**SENTRY INSURANCE COMPANY and Lewis Brake & Clutch, Inc., Petitioners,**

v.

**Johnny L. GALLEGOS and R. F. Apodaca, Superintendent of Insurance of the State of New Mexico, Respondent.**

No. 10337.

Supreme Court of New Mexico.

Feb. 11, 1975.

Now, therefore, it is considered, ordered and adjudged by the Court that the petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 1555, 87 N.M. 249, 531 P.2d 1222 be and the same is hereby returned to the Clerk of the Court of Appeals.

531 P.2d 1212

**John and Mary DOE, Petitioners,**

v.

**Ann ROE, Respondent.**

No. 10343.

Supreme Court of New Mexico.

Feb. 13, 1975.

Now, therefore, it is considered, ordered and adjudged by the Court that the petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 1536, 87 N.M. 253, 531 P.2d 1226 be and the same is hereby returned to the Clerk of the Court of Appeals.